**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Henry J. Wojtunik,<br><br>    Plaintiff,<br><br>v.<br><br>Carolina Casualty Insurance Company,<br><br>    Defendant. | No. CIV 07-515-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation Regarding Defendant's Time for Answer and/or Response to Complaint. (Dkt. 23)  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation Regarding Defendant's Time for Answer and/or Response to Complaint (Dkt. 23) is **GRANTED**. Defendant shall have through April 27, 2007, to answer and/or otherwise respond to the Complaint.

DATED this 25th day of April, 2007.

Stephen M. McNamee
United States District Judge