**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry J. Wojtunik, ) | No. CIV 07-515-PHX-SMM |
| )  Plaintiff, ) | **ORDER** |
| v. ) | |
| Carolina Casualty Insurance Company, ) | |
| )  Defendant. ) | |

    Pending before the Court is the parties' Stipulation Regarding Plaintiff's Time to Respond to Motion to Dismiss. (Dkt. 28)  Good cause appearing,

    **IT IS ORDERED** the parties' Stipulation Regarding Plaintiff's Time to Respond to Motion to Dismiss (Dkt. 28) is **GRANTED**.  Plaintiff shall have through May 18, 2007, to respond to Carolina's motion to dismiss the Complaint.

    DATED this 14th day of May, 2007.

Stephen M. McNamee
United States District Judge