**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry J. Wojtunik, ) | No. CV-07-515-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Carolina Casualty Insurance Co., ) | |
| ) | |
| Defendant. ) | |

This matter having come before the Court on Plaintiff Henry J. Wojtunik's ("Plaintiff") motion for permission to appear at the December 18, 2007 Rule 16 Conference telephonically, and good cause appearing,

**IT IS HEREBY ORDERED** that the Plaintiff may appear telephonically at the Rule 16 Conference by Judge McNamee's chambers (602-322-7555) no later than **9:55 AM (Mountain Standard Time)** on December 18, 2007.

DATED this 31st day of October, 2007.

Stephen M. McNamee
United States District Judge