**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry J. Wojtunik, ) | No. CV-07-515-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Carolina Casualty Insurance Co., ) | |
| ) | |
| Defendant. ) | |

Before the Court is Defendant Carolina Casualty Insurance Company's ("Defendant") Unopposed Motion for Modification of the October 5, 2007 Order Setting Rule 16 Conference to Permit Defendant to Participate Telephonically (Dkt. 47), which the Court will treat as a request to appear telephonically. Defendant seeks permission for its agent-representative with binding settlement authority to appear telephonically, on the basis that such agent is located in Illinois and travel would impose a significant burden. The Court earlier granted Plaintiff Henry Wojtunik permission to appear telephonically (Dkt. 40). The motion also states that counsel for Defendant will be personally present. Good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's unopposed request to appear telephonically (Dkt. 47). Defendant's agent-representative with binding settlement authority may appear telephonically at the Rule 16 Conference scheduled for **January 4, 2008** at 10:00 a.m.

**IT IS FURTHER ORDERED** that Defendant shall initiate a conference call to include Plaintiff on a single, clear telephone line before calling Judge McNamee's chambers (602-322-7555) no later than **9:55 a.m. (local time)**.

DATED this 10th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge