**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HENRY J. WOJTUNIK, <br><br> Plaintiff, <br><br> v. <br><br> CAROLINA CASUALTY INSURANCE COMPANY, <br><br> Defendant. | No. CIV- 07-0515-PHX-SMM <br><br> **ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. 68]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 68]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 21st day of April, 2008.

_____
Stephen M. McNamee
United States District Judge